Order Michigan Supreme Court
 Lansing, Michigan

 November 25, 2014 Robert P. Young, Jr.,
 Chief Justice

 148274 & (37) Michael F. Cavanagh
 Stephen J. Markman
 Mary Beth Kelly
 Brian K. Zahra
 Bridget M. McCormack
 PEOPLE OF THE STATE OF MICHIGAN, David F. Viviano,
 Plaintiff-Appellee, Justices

 v SC: 148274
 COA: 313548
 Chippewa CC: 10-000378-FC
 DARRIN SCOTT LAPINE,
 Defendant-Appellant.
 _________________________________________/

 By order of October 1, 2014, the prosecuting attorney was directed to answer the
 application for leave to appeal the October 23, 2013 order of the Court of Appeals. On
 order of the Court, the answer having been received, the application for leave to appeal is
 again considered, and it is DENIED, because we are not persuaded that the questions
 presented should be reviewed by this Court.

 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
 foregoing is a true and complete copy of the order entered at the direction of the Court.
 November 25, 2014
 p1117
 Clerk